**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KENDRICK GARDNER | CIVIL ACTION NO. 17-0660 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed[1], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's civil rights complaint is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C. § § 1915(e)(2)(B)(i) and (ii). This is supported in the recent decision by the Fifth Circuit in Grogan v. Kumar, No. 15-60678, 2017 WL 4324977 (5th Cir. 2017). In Grogan, the court held that medical preferences are not embodied in constitutional standards; thus, Grogan's preferences did not state a claim for a constitutional violation. Id. at *3. Therefore, Gardner's medical preferences do not state a viable claim under the Constitution.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern

---

[1] The Court construes Record Document 10 as objections to Magistrate Judge Hayes' Report and Recommendation.

District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Keeper of the Three Strikes List.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 20th day of October, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE